IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2006 MAR -1 AM 8:13
CLERK
SO. DIST. OF GA.

| | |
|---|---|
| RUSSELL ROBERT GUILD, | ) |
| Petitioner, | ) |
| v. | ) CV 105-116 |
| VICTOR WALKER, Warden, | ) |
| Respondent. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. The petition is **DISMISSED** and this civil action is **CLOSED**.

SO ORDERED this 1st day of March, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE